**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1350

JOHN A. NELL; REBECCA I. NELL, wife,

Plaintiffs - Appellants,

v.

WIELAND FINANCIAL SERVICES LLC; SABADELL UNITED BANK, and
subsidiary VirtualBank,

Defendants - Appellees,

and

NORTHSTAR MORTGAGE GROUP LLC; JOHN WIELAND; DAVE SANDER;
JOHN AND JANE DOES 1-10; BETH LOFTIS,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (0:13-cv-00639-JFA)

Submitted:  July 29, 2014            Decided:  July 31, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John A. Nell; Rebecca I. Nell, Appellants Pro Se.   Thomas
Chester Hildebrand, Jr., Kristina M. McGuire, PARKER, POE, ADAMS
& BERNSTEIN, LLC, Charleston, South Carolina; Phyllis Walker
Ewing, Robert E. Sumner, IV, MOORE & VAN ALLEN, PLLC,

Charleston, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants John A. Nell and Rebecca I. Nell appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their action for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. Nell v. Wieland Fin. Servs., LLC, No. 0:13-cv-00639-JFA (D.S.C. Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED